# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00640-CV

**In re Roy Flores**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining that the trial court's sentence did not properly credit him for time he spent in jail. We have received from the trial court a signed order showing that relator's motion to be given credit for time served has been granted. Therefore, the petition for writ of mandamus is dismissed as moot.

 

 

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   October 28, 2016